IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SURGETECH, LLC, | ) |
|              Plaintiff, | ) |
| v. | ) C.A. No. 22-882 (GBW) |
| UBER TECHNOLOGIES, INC. d/b/a UBER, | ) |
|              Defendant. | ) |

## JOINT MOTION TO FORGO TECHNOLOGY TUTORIAL

Plaintiff SurgeTech, LLC ("SurgeTech") and Defendant Uber Technologies, Inc. ("Uber") jointly move the Court to forgo the joint technology tutorial, currently scheduled to be submitted on June 16, 2023.

The parties have provided general summaries of the technology at issue in the asserted patents in existing filings, including in Uber's Motion for Judgment on the Pleadings (D.I. 65 at 2–10) and SurgeTech's Opposition thereto (D.I. 74 at 2–4). The parties believe that this existing briefing provides the Court an adequate summary of the technology for purposes of claim construction, and the parties wish to avoid burdening the Court with additional information that is merely cumulative of the existing record. Thus, in the interest of limiting the information the Court must review, the parties jointly move that the deadline to provide the joint technology tutorial be vacated, and for an order that no technology tutorial need be submitted in this case.

.

| | |
|---|---|
| Dated: May 19, 2023 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Jeremy A. Tigan* | */s/ Brian E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff* | Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge