# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SURGETECH, LLC,<br><br>                 Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC. d/b/a UBER,<br><br>                 Defendant. | C.A. No. 22-cv-882-GBW-CJB |

## DEFENDANT'S MOTION TO STRIKE DECLARATION OF DIETER HOTZ

Defendant Uber Technologies, Inc. ("Uber") moves to strike the Declaration of Dieter Hotz submitted by Plaintiff SurgeTech, LLC with its reply claim construction brief. The grounds for this Motion are fully set forth in the accompanying opening letter brief.

WHEREFORE, Uber respectfully requests that the Court strike the Declaration of Dieter Hotz and grant such further relief as the Court deems just and proper.

Dated: June 5, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Mark N. Reiter (*pro hac vice* forthcoming)
Robert A. Vincent (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2907
mreiter@gibsondunn.com

rvincent@gibsondunn.com

*Attorneys for Defendant Uber Technologies Inc. d/b/a Uber*